UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLORIA JEAN FOWLER,

    Plaintiff,                                        Civil Action No. 12-CV-12682

vs.                                                 HON. BERNARD A. FRIEDMAN

COMMISSIONER OF
SOCIAL SECURITY,

    Defendant.
_____/

**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is presently before the Court on the parties' cross motions for summary judgment [docket entries 11 and 12]. Magistrate Judge Mona K. Majzoub has issued a Report and Recommendation ("R&R") in which she recommends that the Court deny plaintiff's motion and grant defendant's motion. Neither party has objected to this recommendation and the time for doing so has expired. The Court has reviewed the parties' motions, the administrative record, and the R&R and concurs with the magistrate judge's analysis. Accordingly,

IT IS ORDERED that Magistrate Judge Majzoub's R&R is hereby accepted and adopted as the findings and conclusions of the Court.

IT IS FURTHER ORDERED that plaintiff's motion for summary judgment is denied.

IT IS FURTHER ORDERED that defendant's motion for summary judgment is granted.

S/ Bernard A. Friedman_____
Dated: May 7, 2013                  BERNARD A. FRIEDMAN
      Detroit, Michigan               SENIOR UNITED STATES DISTRICT JUDGE